**In re UNITED STATES of America.**

**United States of America, Petitioner,**

v.

**United States District Court for the District of Nevada, Reno, Respondent,**

**Walker River Irrigation District; et al., Real Parties in Interest.**

No. 14–71408.

United States Court of Appeals, Ninth Circuit.

Argued Jan. 16, 2015.

Submitted and Filed June 29, 2015.[*]

William Lazarus, Andrew Christopher Mergen, Esquire, Brian C. Toth, DOJ–U.S. Department of Justice, Washington, DC, Elizabeth Olson White, Esquire, Assistant U.S., Daniel Gerard Bogden, Esquire, USRE–Office of the U.S. Attorney, Reno, NV, for Petitioner.

Gordon H. De Paoli, Dale E. Ferguson, Esquire, Woodburn and Wedge, Laura Schroeder, Schroeder Law Offices PC, George N. Benesch, Law Office of George N. Benesch, Daniel T. Hayward, Esquire, Laxalt & Nomura Ltd, Debbie Leonard, McDonald Carano Wilson, LLP, Louis S. Test, Esquire, Hoffman, Test & Collier, Michael D. Hoy, Esquire, Hoy Chrissinger Kimmel Pc, Paul J. Anderson, Esquire, Maupin Cox & Legoy, Thomas J. Hall, Esquire, Law Offices of Thomas J. Hall, William E. Peterson, Snell & Wilmer, L.L.P., Thomas P. Erwin, Esquire, Mark Knobel, Richard Harris, Esquire, Reno, NV, Allison R. Schmidt, Esquire, Akerman LLP, Don Springmeyer, Esquire, Wolf, Rifkin, Shapiro, Schulman and Rabkin, LLP, Las Vegas, NV, Brad Michael Johnston, Johnston Law Offices, P.C., John Paul Schlegelmilch, Esquire, Stephen B. Rye, Esquire, Yerington, NV, Thomas Scott Brooke, Charles S. Zumpft, Brooke Shaw Zumpft, George M. Keele, George M. Keele, A P.C., Jay Sullivan, Sullivan Law, Justina Alyce Caviglia, Minden, NV, Walter Bruce Robb, Law Offices of Walter Bruce Robb, Portland, OR, Cheri K. Emm–Smith, Law Offices of Cheri Emm–Smith, LLC, Hawthorne, CA, Gary Digrazia, Esquire, Giocoechea & Digrazia Ltd, Elko, NV, Horace Wade Green, Esquire, Buchman Provine Brothers Smith LLP, Walnut Creek, CA, Jeffrey Forer, Hinojosa & Wallet, Los Angeles, CA, Bryan Stockton, Attorney General, AGNV–Neva-

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

da Office of the Attorney General, Julian C. Smith, Jr., Esquire, Smith & Harmer, Ltd., Karen A. Peterson, Esquire, Allison MacKenzie, John Gavin, Carson City, NV, John W. Howard, JW Howard Attorneys, Ltd., San Diego, CA, Michael F. MacKedon, Esquire, MacKedon & McCormick, Fallon, NV, Annadel Angeline Almendras, AGCA–Office of the California Attorney General, San Francisco, CA, Stacey Simon, Mammoth Lakes, CA, Timothy Wayne Pemberton, Timothy W. Pemberton Law Office, Markleeville, CA, William E. Shaeffer, Battle Mountain, NV, Simeon Herskovits, Advocates for Community and Environment, El Prado, NM, Wes Williams, Jr., Esquire, Law Offices of Wes Williams Jr., P.C., Schurz, NV, for Real Party In Interest.

Before: WALLACE, M. SMITH, and FRIEDLAND, Circuit Judges.

## MEMORANDUM **

The petition of the United States for a writ of mandamus to the district court is denied without prejudice in light of the opinion handed down in *United States v. U.S. District Court*, No. 14–70486, 791 F.3d 945, 2015 WL 3938190 (9th Cir.2015).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.